IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 09-602-11 |
| EMANUEL ROGERS<br>USM# 65810-066 | : |

ORDER

AND NOW this 29th day of Jan., 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 78 months, effective November 1, 2015.

BY THE COURT:

_____
THE HONORABLE C. DARNELL JONES, II
United States District Court Judge